IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAKITA MCBRIDE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:23-cv-03534-RJD[1] |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 26). Defendant filed a response, stating that they do no oppose Plaintiff's motion to the extent that it seeks $4,926.60 (four thousand nine hundred twenty-six dollars and sixty cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). (Doc. 28).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). The Court further finds that the amount sought is reasonable and appropriate. Therefore, Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 26) is **GRANTED**. Plaintiff is awarded $4,926.60 (four thousand nine hundred twenty-six dollars and sixty cents) for attorney

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). (Doc. 10).

fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).  If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Kelsey Young pursuant to the EAJA assignment duly signed by Plaintiff.  If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

**Parmele Law Firm, P.C.**
**1545 E. Primrose St.**
**Springfield, MO 65804**

**IT IS SO ORDERED.**

**DATED: July 21, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**